IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | 8:07CR074 |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | USM No: 21491-047 |
| ) | | |
| MAURICE COLEMAN ) | | Karen Shanahan |
| Defendant. ) | | Defendant's Attorney |
| Date of previous judgment: 8/7/2007 ) | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 71 months is reduced to 60 months.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 23     Amended Offense Level: 21
Criminal History Category: IV     Criminal History Category: IV
Previous Guideline Range: 70 to 87 months     Amended Guideline Range: 57 to 71 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

✓ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated August 7, 2007 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 28th day of July, 2008
Effective Date: July 28, 2008

s/ Joseph F. Bataillon
Chief United States District Judge